UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW WILLIAMS,

                        Petitioner,

     -against-

WARDEN S. WALKER,

                        Respondent.

22-CV-6550 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 3, 2022, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* (IFP) or pay the $5.00 filing fee. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee.[1] Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   September 8, 2022
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge

---

[1] Public records maintained by the New York City Department of Correction show that Petitioner has been released on bail. *See* https://a073-ils-web.nyc.gov/inmatelookup/pages/home/home.jsf.